UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re: §
§
WILLITS, KENNETH S § Case No. 15-11877 HRT
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/28/2015 . The undersigned trustee was appointed on 02/18/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $   1,932.83

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]        $ | 1,932.83 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/21/2015 and the deadline for filing governmental claims was 08/27/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 483.21. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 483.21, for a total compensation of $ 483.21 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00, and now requests reimbursement for expenses of $ 46.91, for total expenses of $ 46.91 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/09/2016            By:/s/Robertson B. Cohen
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 15-11877 HRT Judge: HOWARD R. TALLMAN | Trustee Name: | Robertson B. Cohen |
|---|---|---|---|
| Case Name: | WILLITS, KENNETH S | Date Filed (f) or Converted (c): | 02/28/15 (f) |
| | | 341(a) Meeting Date: | 04/06/15 |
| For Period Ending: | 05/09/16 | Claims Bar Date: | 07/21/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE 783 Hailey Glenn View | 145,416.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS | 25.00 | 284.83 | | 284.83 | FA |
| 3. HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 5. VEHICLES 2014 Toyota Carolla | 12,011.00 | 0.00 | | 0.00 | FA |
| 6. Potenial Tax Refunds 2014 (u) | 1,457.00 | 1,457.00 | | 1,457.00 | FA |
| 7. Wages Owed (u) | 764.00 | 191.00 | | 191.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $160,273.00 | $1,932.83 | | $1,932.83 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

May 09, 2016, Trustee appointed successor TT 2/18/16. TT pursuing nonexempt wages, bank accounts and 2014 tax refund. FA

- TFR prepared

Initial Projected Date of Final Report (TFR): 07/31/17     Current Projected Date of Final Report (TFR): 07/31/17

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 15-11877 -HRT | Trustee Name: | Robertson B. Cohen |
|---|---|---|---|
| Case Name: | WILLITS, KENNETH S | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******1257  Checking Account |
| Taxpayer ID No: | *******7354 | | |
| For Period Ending: | 05/09/16 | Blanket Bond (per case limit): | $ 58,776,861.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/20/16 | 2, 6, 7 | KENNETH S WILLITS<br>27457 SE 224TH ST<br>MAPLE VALLEY, WA  98038-6632 | PAYMENT FROM DEBTOR | 1129-000 | 1,932.83 | | 1,932.83 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 1,932.83 | 0.00 | 1,932.83 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 1,932.83 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 1,932.83 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********1257 | 1,932.83 | 0.00 | 1,932.83 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 1,932.83 | 0.00 | 1,932.83 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    1,932.83    0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 19.06

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 09, 2016 |
|---|---|---|---|---|---|---|

Case Number:   15-11877
Debtor Name:   WILLITS, KENNETH S

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Premier Members Fcu<br>5495 Arapahoe Ave<br>Boulder, CO 80303 | Unsecured<br>Gen Unsec<br>(1-1) Auto Deficiency | | $4,669.60 | $0.00 | $4,669.60 |
| 000002<br>070<br>7100-00 | Colorado Springs Utilities<br>PO Box 1103<br>Colorado Springs, CO 80901-1103 | Unsecured<br>Gen Unsec<br>(2-1) Utility Services | | $315.38 | $0.00 | $315.38 |
| 000003<br>070<br>7100-00 | QWEST CORPORATION DBA CENTURYLINK<br>CenturyLink c/o Bankruptcy Department<br>118 S 19th St.<br>Omaha Ne 68102 | Unsecured<br>Gen Unsec | | $232.33 | $0.00 | $232.33 |
| 000005<br>070<br>7100-00 | US DEPT OF EDUCATION<br>PO Box 530229<br>Atlanta, GA 30353-0229 | Unsecured<br>Gen Unsec<br>(5-1) student loans | | $3,666.95 | $0.00 | $3,666.95 |
| 000006<br>070<br>7100-00 | Army & Air Force Exchange Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured<br>Gen Unsec | | $3,043.74 | $0.00 | $3,043.74 |
| 000007<br>070<br>7100-00 | American InfoSource LP as agent for Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured<br>Gen Unsec | | $1,481.90 | $0.00 | $1,481.90 |
| 000008<br>070<br>7100-00 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured<br>Gen Unsec | | $173.93 | $0.00 | $173.93 |
| 000009<br>080<br>7200-00 | Ally Financial<br>PO Box 78369<br>Phoenix, AZ 85062-8369 | Unsecured<br>Tardy Gen Unsec<br>(9-1) N14 CHEVSS 6G3F15RW4EL951659 | | $12,207.88 | $0.00 | $12,207.88 |
| 000004<br>050<br>4120-00 | Stonecrest Homeowners Association, Inc.<br>c/o Teleos Management Group<br>191 University Blvd. #358<br>Denver, CO 80206 | Secured<br>Gen Unsec<br>(4-1) Unpaid HOA assessments | | $1,254.98 | $0.00 | $1,254.98 |
| | Case Totals: | | | $27,046.69 | $0.00 | $27,046.69 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-11877 HRT
Case Name: WILLITS, KENNETH S
Trustee Name: Robertson B. Cohen

Balance on hand $ 1,932.83

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004 | Stonecrest Homeowners Association, Inc. | $ 1,254.98 | $ 1,254.98 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 1,932.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robertson B. Cohen | $ 483.21 | $ 0.00 | $ 483.21 |
| Trustee Expenses: Robertson B. Cohen | $ 46.91 | $ 0.00 | $ 46.91 |

Total to be paid for chapter 7 administrative expenses $ 530.12

Remaining Balance $ 1,402.71

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,583.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000001 | Premier Members Fcu | $ 4,669.60 | $ 0.00 | $ 482.20 |
| 000002 | Colorado Springs Utilities | $ 315.38 | $ 0.00 | $ 32.57 |
| 000003 | QWEST CORPORATION DBA CENTURYLINK | $ 232.33 | $ 0.00 | $ 23.99 |
| 000005 | US DEPT OF EDUCATION | $ 3,666.95 | $ 0.00 | $ 378.66 |
| 000006 | Army & Air Force Exchange Services | $ 3,043.74 | $ 0.00 | $ 314.31 |
| 000007 | American InfoSource LP as agent for | $ 1,481.90 | $ 0.00 | $ 153.02 |
| 000008 | American InfoSource LP as agent for | $ 173.93 | $ 0.00 | $ 17.96 |

Total to be paid to timely general unsecured creditors        $         1,402.71

Remaining Balance                                              $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 12,207.88 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Ally Financial | $ 12,207.88 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE